| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See instructions for "Service of Process by U.S. Marshal" |

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 04-301E<br>Mis. No. 05-12E |
|---|---|
| DEFENDANT<br>MARGARET W. CASS and MICHELLE L. TAYLOR a/k/a MICHELLE L. BARTLETT | TYPE OF PROCESS<br>ATTEND MARSHAL'S SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
McKEAN COUNTY SHERIFF'S DEPARTMENT

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)
500 WEST MAIN STREET, SMETHPORT, PA 16749

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Gary W. Darr, Esquire<br>McGrath & Associates, PC<br>1500 Union Bank Building<br>306 Fourth Avenue<br>Pittsburgh, PA 15222 | Number of process to be Served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please attend Marshal's Sale scheduled for June 17, 2005 at 11:00 a.m.

The opening bid is $5,000.00.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ Plaintiff<br>☐ Defendant | TELEPHONE NUMBER<br>(412) 281-4333 | DATE<br>May 25, 2005 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>1 | District of Origin<br>68 | District to Serve<br>68 | Signature of Authorized USMS Deputy or Clerk | 5/26/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only if different than shown above) | Date<br>6/17/05 | Time<br>11 ☐ am ☒ pm |
|---|---|---|
| 6 hrs. | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>270.00 | Total Mileage Charges Including *endeavors*<br>93.50 | Forwarding Fee<br>8.00 | Total Charges<br>371.50 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$371.50 |
|---|---|---|---|---|---|

REMARKS: TO ERIE 6-1-05
ALFRED + CURT WAYNE GERMAN Bid 20,500
16 IROQUOIS ST.
BRADFORD PA 16701   814-368-4861

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGEMENT OF RECEIPT |
|---|---|---|