MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the U. S. Court for the W. D. of PA at suit of the USA at Mis. No. 05-12E, I shall expose to public sale the real property of Michelle L. Taylor a/k/a Michelle L. Bartlett known as 236 Bolivar Drive, Bradford, PA 16701, being further described in a deed recorded with the McKean County Recorder of Deeds in Record Book 198, page 1105.

TIME AND LOCATION OF SALE: June 17, 2005 at 11:00 a.m. at the McKean County Sheriff's Department, 500 West Main Street, Smethport, PA 16749.

TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas Fitzgerald, United States Marshal. For information visit www.resales.usda.gov or call Mr. Kristen Good at 724-482-4800.