IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Mis. No. 05-12E |
| Plaintiff, ) | |
| vs. ) | (See C.A. No. 04-301E) |
| ) | |
| MARGARET W. CASS and ) | |
| MICHELLE L. TAYLOR a/k/a ) | |
| MICHELLE L. BARTLETT, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULE OF DISTRIBUTION

Real property cried and sold to Alfred L. German and Cory Wayne German, in consideration of the sum of $20,500.00.

Total bid to the United States of America, acting through Farmers Home Administration, to be applied to the within judgment as above captioned is $19,782.40. Other amounts distributed from the proceeds of the sale are set forth in detail in Exhibit "A" which is attached hereto.

_____
THOMAS FITZGERALD
United States Marshal for the
Western District of Pennsylvania

Distribution of money received from sale of real estate of Margaret W. Cass and Michelle L. Taylor a/k/a Michelle L. Bartlett, by Thomas Fitzgerald, United States Marshal, June 17, 2005 at Mis. No. 05-12E.

                   Bid:  $20,500.00

U.S. Marshal's Costs ...............................................$ 717.60

                       $  717.60

                       $19,782.40

**Exhibit "A"**